ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
First National Company                             )    ASBCA No. 63025
                                                   )
Under Contract No. W56KGZ-17-A-8005                )

APPEARANCE FOR THE APPELLANT:          Brian T. McLaughlin, Esq.
                                         Crowell & Moring LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Jason C. Coffey, JA
                                       CPT Ethan S. Chae, JA
                                       Dana J. Chase, Esq.
                                       CPT Camille J Grathwohl, JA
                                       MAJ Heather M. Martin
                                         Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 13, 2022

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63025, Appeal of First National Company, rendered in conformance with the Board's Charter.

Dated:  October 13, 2022

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals